IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**TANYA ROLLINS**                                                                                    **PLAINTIFF**

VS.                            CASE NO. **4:16CV75-JLH**

**VERIZON COMMUNICATIONS, INC.;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**EQUIFAX INFORMATION SERVICES, LLC;**
**and TRANSUNION, LLC**                                                                **DEFENDANTS**

### NOTICE OF PENDING SETTLEMENT

NOTICE IS HEREBY GIVEN that several parties to this action have agreed on the terms of a tentative settlement and full execution of formal settlement agreements are pending. The Plaintiff has reached tentative settlements with Experian Information Solutions, Inc., Equifax Information Services, LLC and TransUnion, LLC (the "Separate Defendants"). The parties respectfully request that the Court stay the case, as to only the Separate Defendants, pending the completion of the terms of settlement. Any trial or other deadlines in the matter may be stricken from the Court calendar but the parties request that the case remain open until completion of settlement, upon which Plaintiff will file a motion to dismiss the lawsuit as to the above parties. The parties anticipate dismissal no later than thirty (30) days from today's date.

DATED this 11th day of May, 2016.

Respectfully submitted,

KEECH LAW FIRM, PA
2011 S. Broadway
Little Rock, AR 72206
501.221.3200
501.221.3201 (fax)

By: /s/ Seth D. Hyder
Kevin P. Keech (Ark. Bar No. 98147)
Seth D. Hyder (Ark. Bar No. 2011186)

## **CERTIFICATE OF SERVICE**

I, Seth D. Hyder, do hereby certify on this 11th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such to all registered attorneys.

*/s/ Seth D. Hyder*
Seth D. Hyder