**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**LITTLE ROCK DIVISION**

**TANYA ROLLINS**                                                                         **PLAINTIFF**

VS.                    **CASE NO. <u>4:16CV75-JLH</u>**

**VERIZON COMMUNICATIONS, INC.;**
**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**EQUIFAX INFORMATION SERVICES, LLC;**
**and TRANSUNION, LLC**                                            **DEFENDANTS**

**NOTICE OF PENDING SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties to this action have agreed on the terms of a tentative settlement and full execution of formal settlement agreements are pending. The Plaintiff has reached a tentative settlement with Verizon Communication, Inc. ("Verizon"). The parties respectfully request that the Court stay the case, as to Verizon, pending the completion of the terms of settlement. Any trial or other deadlines in the matter may be stricken from the Court calendar but the parties request that the case remain open until completion of settlement, upon which Plaintiff will file a motion to dismiss the lawsuit as to the above parties. The parties anticipate dismissal no later than thirty (30) days from today's date.

DATED this 24th day of May, 2016.

                                              Respectfully submitted,

                                              KEECH LAW FIRM, PA
                                              2011 S. Broadway
                                              Little Rock, AR 72206
                                              501.221.3200
                                              501.221.3201 (fax)

                 By:     <u>/s/ Seth D. Hyder</u>
                               Kevin P. Keech (Ark. Bar No. 98147)
                               Seth D. Hyder (Ark. Bar No. 2011186)

2

## **CERTIFICATE OF SERVICE**

      I, Seth D. Hyder, do hereby certify on this 24th day of May, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notification of such to all registered attorneys.

                                                  */s/ Seth D. Hyder*
                                                  Seth D. Hyder