IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| TANYA ROLLINS | * | |
|     Plaintiffs | * | |
| | * | |
| V. | * | |
| | * | |
| VERIZON COMMUNICATIONS, | * | NO: 4:16CV00075 SWW |
| INC., EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC., EQUIFAX | * | |
| INFORMATION SERVICES LLC, | * | |
| AND TRANS UNION LLC, | * | |
| | * | |
|     Defendants | * | |
| | * | |

## **ORDER**

Before the Court is Plaintiff's motion to dismiss her claims against separate defendant Trans Union LLC, with prejudice. The motion [ECF No. 28] is granted. All claims against separate defendant Trans Union LLC are DISMISSED WITH PREJUDICE, and separate defendant Trans Union LLC is DISMISSED AS A PARTY to the action.

IT IS SO ORDERED THIS 14TH DAY OF JUNE, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE