# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | | |
|---|---|---|
| TANYA ROLLINS | * | |
|     Plaintiffs | * | |
| | * | |
| V. | * | |
| | * | |
| VERIZON COMMUNICATIONS, | * | NO: 4:16CV00075 SWW |
| INC., EXPERIAN INFORMATION | * | |
| SOLUTIONS, INC., EQUIFAX | * | |
| INFORMATION SERVICES LLC, | * | |
| AND TRANS UNION LLC, | * | |
| | * | |
|     Defendants | * | |
| | * | |

## **ORDER**

Before the Court is Plaintiff's motion to dismiss claims against the remaining defendants in this case: Verizon Communications, Inc., Experian Information Solutions, Inc., and Equifax Information Services LLC. Plaintiff reports that all claims have been settled, and she seeks dismissal with prejudice.

IT IS THEREFORE ORDERED that Plaintiff's motion to dismiss [ECF No. 31] is GRANTED, and this action is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 23RD DAY OF JUNE, 2016.

                                                /s/Susan Webber Wright

                                                UNITED STATES DISTRICT JUDGE